WILLIAM BURKS v. STATE.

No. A-69.    Opinion Filed February 3, 1910.

(106 Pac. 1133.)

*Appeal from District Court, Latimer County; Malcolm E. Rosser, Judge.*

William Burks was convicted of receiving stolen property, and appeals. Affirmed.

*J. E. Whitehead* and *Hudson & Pounders,* for appellant.
*Charles L. Moore,* Asst. Atty. Gen., for the State.

PER CURIAM. What purports to be the case-made does not contain the testimony of the witnesses. The record only contains the information, the verdict of the jury, the judgment of the court, the clerk's minutes of the trial, and some motions made by the defendant. The instructions of the court are not in the record. The information is sufficient, and the verdict and the judgment are regular. The judgment of the trial court is therefore affirmed.